| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | v2croft | AJK9LETNWQS38 |
| 2 | Zeapnus | A35QI0MQ8XD8W3 |
| 3 | biaterd-US | A2P570E3VDLF3L |
| 4 | Kuyoumery | A36JV7OT7PX9PA |
| 5 | Sancoyr | A12Y15YTJMACON |
| 6 | KUN-un | A33K35AYI8O2QZ |
| 7 | LUCKY STORE- | ALXAW7UGQPB8C |
| 8 | ainilaodie | AVP5V74SIIJIM |
| 9 | Yixingdz | ARMDRSCXPDG02 |
| 10 | Kingback | A3HVWDHBYT3IGY |
| 11 | RQPQBO | A2819I3R9TLG22 |
| 12 | relaxing day（7-12 Days Arrive） | A3DHVEJJZO55I1 |
| 13 | JiagaoJ(7-12 working days for delivery) | A1UX80E0H2GDZT |
| 14 | YEEKHIA | A325FKMJ1OG5EE |
| 15 | ESHANGFASHION | A2ZMH0O5LVKXEU |
| 16 | zhangyawenUS | A2QCSUWBWA6KIB |
| 17 | RongLve | A2G5AAQY1V7JGG |
| 18 | Be-brave | A205KKK8VE2VL6 |
| 19 | tangcen | ASKDDW0XSSDL |
| 20 | DunF Wall Sign Shop | A2X0A809HMQN4X |
| 21 | LGF-US | A190L8H0KCCJ8F |
| 22 | Wangbo-Shop | A29I53GT5FG38S |
| 23 | lingwuyun | A2VG6XU303M2OD |
| 24 | clearancesale(5-16 Days Arrive) | A1XUOGBIE0Y64U |
| 25 | Khzunfhg | A2VFZNOE2PISNM |
| 26 | rizhaotengxiangfangzhiyouxiangongsi | A1W996S0YH8FQ0 |
| 27 | caoguangyudedian | A1YOY1VJ61THX0 |
| 28 | Tenyse-K | A3IF5KLP81H0O1 |
| 29 | Reynapawa | A3U5MNS0FJ2WDU |
| 30 | RUOHUABAIHUOSHANGHANG（跟卖必究） | A3KZQ999TT2NFC |
| 31 | KXDBH | A299A5C7A3QQGT |
| 32 | taiyuanshengluoxiang | ATIUAGRRWQ3M2 |
| 33 | meiwudu | AW4WV3PYP5UQD |
| 34 | Order of the Abyss-US⭐⭐⭐⭐⭐ | A6GHUFSZOHV3L |
| 35 | Taiyuanximusi | A2QUIR22VI2788 |
| 36 | JRBHSH | A2C97JUDK72F0S |
| 37 | Auppicios | A18TFMSDO590T9 |
| 38 | wutunw | ABYM40PEHI4IK |
| 39 | ZEEAOYI | A20FITY0SRCJL3 |
| 40 | YUYUJINGJING | A17H1EPSCPJPQ7 |
| 41 | FJJBMSSCED-US | A26XF1S6594XT2 |
| 42 | ExpKoi | AUY74ROIYB30U |
| 43 | Simplenes | A33Q3348IFS8GX |
| 44 | landianzid | A1U42C4Z0YI0FO |
| 45 | Jiexiu Trading Co. | AGORJY4SMQJJL |
| 46 | HFCS LTD | A1XDOHMP92RSFB |
| 47 | Cielo Meraviglios | ACH7Z3URHXDK2 |
| 48 | YES.YM | A3JBIOPRZ8COKF |
| 49 | RuiGe Store | A3UDS9AX8YYIVC |
| 50 | Duwen76 | A21NCTV2HE06YI |

| | | |
|---|---|---|
| 51 | Coddle HSY | A2R0SOS1NQITK5 |
| 52 | URAYUC（Flagship shop） | A15YGBWSEKQFPG |
| 53 | Jinrio | AB35Q9VJATVCX |
| 54 | zhu993xiao | A3985OM36UPJ43 |
| 55 | Xinze Trading Company | A2NASCAHTCWQ6G |
| 56 | JiNanJuanQiFuShangMaoYouXianGongSi | AOCQD2C2B1BRQ |
| 57 | Tuezokeg | A1OT2RTMOFI2SQ |
| 58 | XTEILC Boutiques | XTEILC Boutiques |
| 59 | YANFENG Co.Ltd | YANFENG Co.Ltd |
| 60 | slhenay | slhenay |
| 61 | SHENZHENSHIJIANGJINGWANJUYOU XIANGONGSI | SHENZHENSHIJIANGJINGWANJUYOU XIANGONGSI |
| 62 | SRstrat Co.Ltd | SRstrat Co.Ltd |
| 63 | Home-Cook Co.Ltd | Home-Cook Co.Ltd |
| 64 | XEOVHVLJ | XEOVHVLJ |
| 65 | Clupup | Clupup |
| 66 | Youworth | Youworth |
| 67 | Langeriy | Langeriy |
| 68 | Center V | Center V |
| 69 | Lingtingguai Co., Ltd | Lingtingguai Co., Ltd |
| 70 | Chaka Co. ltd | Chaka Co. ltd |
| 71 | gesuoke | gesuoke |
| 72 | YUMIAO Co.Ltd | YUMIAO Co.Ltd |
| 73 | Hanifel | Hanifel |
| 74 | YFind | YFind |
| 75 | WSRRDRECVHi | WSRRDRECVHi |
| 76 | AFQH | AFQH |
| 77 | Wmkox8yii | Wmkox8yii |
| 78 | DiMaddie | DiMaddie |
| 79 | longtaoxiang | longtaoxiang |
| 80 | xiyikeji | xiyikeji |
| 81 | Vikakiooze | Vikakiooze |
| 82 | yanyan smile | yanyan smile |
| 83 | chenzhiqiangza | chenzhiqiangza |
| 84 | SZ Electronics Co.Ltd | SZ Electronics Co.Ltd |
| 85 | Xuanli Women's wear store | Xuanli Women's wear store |
| 86 | Zh Technology Co.Ltd | Zh Technology Co.Ltd |
| 87 | PIMOXV Clothing Clearance | PIMOXV Clothing Clearance |
| 88 | SKDOGDT | SKDOGDT |
| 89 | guochengdianzi | guochengdianzi |